UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PMP CORPORATION 401(K) PROFIT SHARING PLAN | ) ) | CIVIL ACTION NO. 3:17CV-01085-VAB |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | |
| LESLIE KINGRASAPHONE, BOUMNY T. KEOLA, BRANDON L. KEOLA, ARGENIS L KEOLA, KAIYAVONG B KEOLA, KHAMFONG J KEOLA, JANNETTE KEOLA, AND ANGELA KEOLA | ) ) ) ) ) | |
| Defendants | ) | SEPTEMBER 27, 2019 |

### AFFIDAVIT OF JOSEPH G. FORTNER, JR.

STATE OF CONNECTICUT    )
                         ) ss:
COUNTY OF HARTFORD       )

Joseph G. Fortner, Jr., being duly sworn, deposes and says:

1. I am a member of the firm of Halloran & Sage LLP, attorney for the Plaintiff in the above-captioned matter. If called to testify, I could and would competently testify to the matters set forth herein.

2. PMP has incurred legal fees in the amount of $13,735.00, and legal costs of $1,177.51. These are costs that have been billed by outside counsel, Halloran & Sage LLP, for services related to this matter, and include investigation of the issues in this case, drafting an interpleader complaint, revising same, working on bond issues, revising and filing interpleader bonds, drafting motions, drafting e-mails to counsel for other defendants, preparing for and participating in conferences, discussions with other counsel and parties, preparing status reports, preparing motions for default and for default judgment, and preparing for and attending a motion and hearing for default


judgment.   The total number of hours billed have been 32.50 at the rate of $350 per hour by Joseph Fortner, .80 hours at the rate of $450 per hour by Henry M. Beck, and 11 hours at the rate of $200 per hour by Kaitlin Humble.

Costs have included filing fees, marshal's fees, and legal research expenses.

_____
Joseph G. Fortner, Jr.

Subscribed and sworn to before me
this 26th day of September 2019

_____
Notary Public
My commission expires:
Michael S. Wrona
Commissioner of the
     Superior Court

## CERTIFICATION

      This is to certify that on the _____ day of September 2019, a copy of the foregoing was filed electronically, and served by mail on all persons listed below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Keith A. Yagaloff, Esq.
Keith A. Yagaloff, PC
1343 Sullivan Avenue
South Windsor, CT   06074
Attorney for Jannette Keola

Leslie Kingrasaphone
5330 Dana Lynn Drive
Fort Worth, TX   76137

Angela Keola
168 Bourdon Boulevard
Woonsocket, RI   02895

Khamfong J. Keola
168 Bourdon Boulevard
Woonsocket, RI 02895

Kaiyavong B. Keola
168 Bourdon Boulevard
Woonsocket, RI 02895

Argenis L. Keola
38 Bushnell Street
Hartford, CT   06114-1827

Brandon L. Keola
38 Bushnell Street
Hartford, CT   06114-1827

Boumny T. Keola
140 Russ Street
S231
Hartford, CT   06106-1407

                                                                                         _____
                                                                                         Joseph G. Fortner, Jr.

6112600v.1