UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PMP CORPORATION 401(K) PROFIT SHARING PLAN )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>LESLIE KINGRASAPHONE, BOUMNY T. )<br>KEOLA, BRANDON L. KEOLA, ARGENIS L )<br>KEOLA, KAIYAVONG B KEOLA, KHAMFONG J )<br>KEOLA, JANNETTE KEOLA, AND ANGELA )<br>KEOLA )<br>)<br>Defendants | CIVIL ACTION<br>NO. 3:17CV-01085-VAB<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 1, 2020 |

## STATUS REPORT

Pursuant to this Court's Order, the following is a Status Report submitted by the Plaintiff in this matter.

First, Plaintiff apologizes for the late filing of this Report. Counsel has been engaged in the continuation of a lengthy bench trial – now proceeding virtually – in state court, and did not adequately monitor all notices. The closing arguments in this phase of this trifurcated matter are proceeding today and tomorrow (Sept. 1 and 2).

With respect to the status, Plaintiff acknowledges the need to coordinate the transmission of the subject funds to the Court Registry. It is expected that no later than this Thursday (Sept. 3), counsel will provide to the Court's Clerk the form regarding the withdrawal of the funds, after which it is expected that coordination can occur between the court's official involved and the Plan's personnel.[1]

It is also Plaintiff's understanding that we still await receipt of the Death Certificate for Boumny Keola. That, it is understood, is needed to complete the transfer.

---

1 If there is a secure email address to send the form, counsel will do so upon receipt of same.

Based upon the foregoing, it is requested that the Status Conference which this Court has scheduled for this Friday, Sept. 4, at 10:30 a.m., be continued until the week of September 14. At that time, it is expected that ministerial steps will either be completed, or else that specific limited issues can be addressed. Plaintiff's counsel also requests this continuance because of a conflicts with his schedule.[2]

Plaintiff thanks the Court for its consideration and patience in this matter.

THE PLAINTIFF,
PMP CORPORATION 401(K)
PROFIT SHARING PLAN

By_____
Joseph G. Fortner, Jr.
Federal Bar No. ct04602
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT   06103-4303
Telephone:  (860) 522-6103
Fax:  (860) 548-0006
fortner@halloransage.com
Its Attorneys

---

[2] In particular, counsel has a previously scheduled medical procedure on September 4, and vacation (such as it ever is) scheduled for the week of September 7.

## CERTIFICATION

This is to certify that on the 1st day of September, 2020, a copy of the foregoing was filed electronically, and served by mail on all persons listed below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

In addition, this is to certify that on the 1st day of September, 2020, a copy of the foregoing was sent via regular mail to the following:

Keith A. Yagaloff
Keith A. Yagaloff, PC
1343 Sullivan Avenue
South Windsor, CT   06074
Attorney for Jannette Keola

Argenis L. Keola
38 Bushnell Street
Hartford, CT   06114-1827

Brandon L. Keola
38 Bushnell Street
Hartford, CT   06114-1827

Boumny T. Keola
140 Russ Street
S231
Hartford, CT   06106-1407

_____
Joseph G. Fortner, Jr.

3